**Fill in this information to identify the case**

Debtor name **Permian Crude Transport, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-32071**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2.   **Cash on hand**
_____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Chase Bank Checking account** | **Checking account** | **2  7  5  6** | $464.05 |

4.   **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $464.05 |

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

| Debtor | **Permian Crude Transport, LP** | Case number (if known) | **19-32071** |
|---|---|---|---|
| | Name | | |

**7. Deposits, including security deposits and utility deposits**

Current value of debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

11a. 90 days old or less:        **$0.00**        –        **$0.00**        = ............. ➔        **$0.00**
                        face amount            doubtful or uncollectible accounts

11b. Over 90 days old:        **$251,202.00**        –        **$251,202.00**        = ............. ➔        **$0.00**
                        face amount            doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    **Permian Crude Transport, LP**                          Case number (if known)   **19-32071**
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

                                                   **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

                                                   **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Permian Crude Transport, LP**              Case number (if known)   **19-32071**
       Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles**   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

                               **$0.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **Tractor - 2013 Kenworth T800** <br> **VIN 1XKDD79X1DJ362700** | | **FLV** | **$32,500.00** |
| 47.2. **Tractor - 2013 Kenworth T800** <br> **VIN 1XKDD79X3DJ362701** | | **FLV** | **$32,500.00** |
| 47.3. **Tractor - 2013 Kenworth T800** <br> **VIN 1XKDD79X5DJ362702** | | **FLV** | **$32,500.00** |
| 47.4. **Tractor - 2013 Kenworth T800** <br> **VIN 1XKDD79X9DJ362704** | | **FLV** | **$32,500.00** |
| 47.5. **Tractor - 2013 Kenworth T800** <br> **VIN 1XKDD79X0DJ362705** | | **FLV** | **$32,500.00** |
| 47.6. **Tractor - 2014 Kenworth T800** <br> **VIN 1XKDD79X1EJ390028** | | **FLV** | **$50,000.00** |
| 47.7. **Tractor - 2014 Kenworth T800** <br> **VIN 1XKDD79XXEJ390030** | | **FLV** | **$45,000.00** |

Debtor __**Permian Crude Transport, LP**__        Case number (if known) __19-32071__
       Name

| | | | |
|---|---|---|---|
| 47.8. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X3EJ390029** | **FLV** | $20,000.00 |
| 47.9. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X1EJ390031** | **FLV** | $40,000.00 |
| 47.10. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X8EJ391371** | **FLV** | $40,000.00 |
| 47.11. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X2EJ391379** | **FLV** | $45,000.00 |
| 47.12. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X2EJ391382** | **FLV** | $45,000.00 |
| 47.13. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X0EJ391378** | **FLV** | $50,000.00 |
| 47.14. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X7EJ391376** | **FLV** | $45,000.00 |
| 47.15. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X4EJ391383** | **FLV** | $15,000.00 |
| 47.16. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X9EJ391380** | **FLV** | $37,500.00 |
| 47.17. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X9EJ391377** | **FLV** | $40,000.00 |
| 47.18. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X0EJ391381** | **FLV** | $50,000.00 |
| 47.19. | **Tractor - 2014 Kenworth T800**<br>**VIN 1XKDD79X6EJ391384** | **FLV** | $45,000.00 |
| 47.20. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X8GF498220** | **FLV** | $60,000.00 |
| 47.21. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79XXGF498221** | **FLV** | $55,000.00 |
| 47.22. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X1GF498222** | **FLV** | $60,000.00 |
| 47.23. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X3GF498223** | **FLV** | $60,000.00 |
| 47.24. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X7GF498225** | **FLV** | $55,000.00 |
| 47.25. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X7GF498226** | **FLV** | $55,000.00 |
| 47.26. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X7GF498227** | **FLV** | $60,000.00 |
| 47.27. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X7GF498228** | **FLV** | $60,000.00 |
| 47.28. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X7GF498229** | **FLV** | $52,500.00 |
| 47.29. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X7GF498230** | **FLV** | $55,000.00 |
| 47.30. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X2GF498231** | **FLV** | $52,500.00 |

Debtor  **Permian Crude Transport, LP**                                 Case number (if known)  **19-32071**
        <span>Name</span>

| | | | |
|---|---|---|---|
| 47.31. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X4GF498232** | **FLV** | $55,000.00 |
| 47.32. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X6GF498233** | **FLV** | $55,000.00 |
| 47.33. | **Tractor - 2016 Kenworth T800**<br>**VIN 3WKDD79X8GF498234** | **FLV** | $60,000.00 |
| 47.34. | **Tractor - 2016 Kenworth T800**<br>**VIN 1XKWD49X6CDJ365325** | **FLV** | $32,500.00 |
| 47.35. | **Tractor - 2016 Kenworth T800**<br>**VIN 1XKDD49XXFJ437928** | **FLV** | $40,000.00 |
| 47.36. | **Tractor - 2012 Mack GU813 Truck**<br>**VIN 1M2AX18Y9CM017646** | **FLV** | $25,000.00 |
| 47.37. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452785G22652** | **FLV** | $18,500.00 |
| 47.38. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452085G22654** | **FLV** | $18,500.00 |
| 47.39. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452285G22655** | **FLV** | $18,500.00 |
| 47.40. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452485G22656** | **FLV** | $18,500.00 |
| 47.41. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452X85G22659** | **FLV** | $18,500.00 |
| 47.42. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452885G22658** | **FLV** | $18,500.00 |
| 47.43. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452685G22657** | **FLV** | $18,500.00 |
| 47.44. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452685G22660** | **FLV** | $18,500.00 |
| 47.45. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452885G22661** | **FLV** | $18,500.00 |
| 47.46. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452X85G23066** | **FLV** | $18,500.00 |
| 47.47. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452185G23067** | **FLV** | $18,500.00 |
| 47.48. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452195G23068** | **FLV** | $18,500.00 |
| 47.49. | **Trailer - 2008 Heil**<br>**VIN 5HTDL452395G23069** | **FLV** | $18,500.00 |
| 47.50. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452295G23144** | **FLV** | $19,000.00 |
| 47.51. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452495G23145** | **FLV** | $19,000.00 |
| 47.52. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452195G23149** | **FLV** | $19,000.00 |
| 47.53. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452895G23150** | **FLV** | $19,000.00 |

Debtor    **Permian Crude Transport, LP**        Case number (if known)   **19-32071**
         Name

| | | | |
|---|---|---|---|
| 47.54. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452X95G23151** | **FLV** | **$19,000.00** |
| 47.55. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452195G23152** | **FLV** | **$19,000.00** |
| 47.56. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452395G23153** | **FLV** | **$19,000.00** |
| 47.57. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452595G23154** | **FLV** | **$19,000.00** |
| 47.58. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452795G23155** | **FLV** | **$19,000.00** |
| 47.59. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452995G23156** | **FLV** | **$19,000.00** |
| 47.60. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452095G23160** | **FLV** | **$19,000.00** |
| 47.61. | **Trailer - 2009 Heil**<br>**VIN 5HTDL452395G23198** | **FLV** | **$19,000.00** |
| 47.62. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15B6CH474174** | **FLV** | **$24,000.00** |
| 47.63. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15B5CH474182** | **FLV** | **$24,000.00** |
| 47.64. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15BXCH474176** | **FLV** | **$24,000.00** |
| 47.65. | **Trailer - 2011 Stephens**<br>**VIN 1S9AB15B4CH474173** | **FLV** | **$22,500.00** |
| 47.66. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15B1CH474177** | **FLV** | **$24,000.00** |
| 47.67. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15B3CH474178** | **FLV** | **$24,000.00** |
| 47.68. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15B5CH474179** | **FLV** | **$24,000.00** |
| 47.69. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15B3CH474181** | **FLV** | **$24,000.00** |
| 47.70. | **Trailer - 2012 Stephens**<br>**VIN 1S9AB15B1CH474180** | **FLV** | **$24,000.00** |
| 47.71. | **Trailer - 2012 Dragon**<br>**VIN 1UNST4423CS099973** | **FLV** | **$24,000.00** |
| 47.72. | **Trailer - 2012 Dragon**<br>**VIN 1UNST4429CS099976** | **FLV** | **$24,000.00** |
| 47.73. | **Trailer - 2012 Dragon**<br>**VIN 1UNST4427CS099975** | **FLV** | **$24,000.00** |
| 47.74. | **Trailer - 2013 Stephens**<br>**VIN 1S9AB15B4DH474305** | **FLV** | **$25,000.00** |
| 47.75. | **Trailer - 2013 Stephens**<br>**VIN 1S9AB15B6DH474306** | **FLV** | **$25,000.00** |
| 47.76. | **Trailer - 2013 Stephens**<br>**VIN 1S9AB15BXDH474308** | **FLV** | **$25,000.00** |

Debtor    **Permian Crude Transport, LP**                        Case number (if known)   **19-32071**
          Name

| | | | |
|---|---|---|---|
| 47.77. | **Trailer - 2013 Stephens** VIN 1S9AB15B8DH474307 | **FLV** | $25,000.00 |
| 47.78. | **Trailer - 2013 Stephens** VIN 1S9AB15B1DH474309 | **FLV** | $25,000.00 |
| 47.79. | **Trailer - 2013 Stephens** VIN 1S9AB15BXDH474311 | **FLV** | $25,000.00 |
| 47.80. | **Trailer - 2013 Stephens** VIN 1S9AB15B8DH474310 | **FLV** | $25,000.00 |
| 47.81. | **Trailer - 2013 Stephens** VIN 1S9AB15B1DH474312 | **FLV** | $10,000.00 |
| 47.82. | **Trailer - 2013 Stephens** VIN 1S9AB15B3DH474313 | **FLV** | $25,000.00 |
| 47.83. | **Trailer - 2013 Stephens** VIN 1S9AB15B5DH474314 | **FLV** | $25,000.00 |
| 47.84. | **Trailer - 2013 Stephens** VIN 1S9AB15B7DH474315 | **FLV** | $25,000.00 |
| 47.85. | **Trailer - 2013 Stephens** VIN 1S9AB15B9DH474316 | **FLV** | $25,000.00 |
| 47.86. | **Trailer - 2013 Stephens** VIN 1S9AB15B0DH474317 | **FLV** | $25,000.00 |
| 47.87. | **Trailer - 2013 Stephens** VIN 1S9AB15B4DH474479 | **FLV** | $25,000.00 |
| 47.88. | **Trailer - 2013 Stephens** VIN 1S9AB15B0DH474480 | **FLV** | $25,000.00 |
| 47.89. | **Trailer - 2013 Stephens** VIN 1S9AB15B2DH474481 | **FLV** | $25,000.00 |
| 47.90. | **Trailer - 2013 Stephens** VIN 1S9AB15B4DH474482 | **FLV** | $25,000.00 |
| 47.91. | **Trailer - 2013 Stephens** VIN 1S9AB15B6DH474483 | **FLV** | $25,000.00 |
| 47.92. | **Trailer - 2013 Stephens** VIN 1S9AB15B8DH474484 | **FLV** | $25,000.00 |
| 47.93. | **Trailer - 2013 Stephens** VIN 1S9AB15BXDH474485 | **FLV** | $25,000.00 |
| 47.94. | **Trailer - 2013 Stephens** VIN 1S9AB15B1DH474486 | **FLV** | $25,000.00 |
| 47.95. | **Trailer - 2013 Stephens** VIN 1S9AB15B3DH474487 | **FLV** | $25,000.00 |
| 47.96. | **Trailer - 2013 Stephens** VIN 1S9AB15B5DH474488 | **FLV** | $25,000.00 |
| 47.97. | **Trailer - 2013 Stephens** VIN 1S9AB15B7DH474489 | **FLV** | $25,000.00 |
| 47.98. | **Trailer - 2013 Stephens** VIN 1S9AB15B3DH474490 | **FLV** | $25,000.00 |
| 47.99. | **Trailer - 2013 Stephens** VIN 1S9AB15B5DH474491 | **FLV** | $25,000.00 |

| Debtor | **Permian Crude Transport, LP** | Case number (if known) | **19-32071** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.100 | **Trailer - 2013 Stephens**<br>**VIN 1S9AB15B7DH474492** | **FLV** | **$25,000.00** |
| 47.101 | **Trailer - 2013 Stephens**<br>**VIN 1S9AB15B9DH474493** | **FLV** | **$25,000.00** |
| 47.102 | **Trailer - 2013 Stephens**<br>**VIN 1S9AB15B0DH474494** | **FLV** | **$25,000.00** |
| 47.103 | **Trailer - 2013 Stephens**<br>**VIN 1S9AB15B2DH474495** | **FLV** | **$25,000.00** |
| 47.104 | **Trailer - 2014 Conical**<br>**VIN 1S9AB15B4EH474015** | **FLV** | **$27,500.00** |
| 47.105 | **Trailer - 2014 Conical**<br>**VIN 1S9AB15B6EH474016** | **FLV** | **$27,500.00** |
| 47.106 | **Trailer - 2014 Conical**<br>**VIN 1S9AB15B8EH474017** | **FLV** | **$27,500.00** |
| 47.107 | **Trailer - 2012 Dragon**<br>**VIN 1UNST4420CS093497** | **FLV** | **$24,000.00** |
| 47.108 | **Trailer - 2009 Polar**<br>**VIN 1PMA3432091032868** | **FLV** | **$19,000.00** |
| 47.109 | **Trailer - 2012 Brenner**<br>**VIN 10BFA823XCF0C5790** | **FLV** | **$24,000.00** |
| 47.110 | **Trailer - 2013 Brenner**<br>**VIN 10BFA8233CF0C5792** | **FLV** | **$25,000.00** |
| 47.111 | **Trailer - 2012 Brenner**<br>**VIN 10BFA8235CF0C5793** | **FLV** | **$24,000.00** |
| 47.112 | **Trailer - 2012 Brenner**<br>**VIN 10BFA8234CF0C6000** | **FLV** | **$24,000.00** |
| 47.113 | **Trailer - 2012 Brenner**<br>**VIN 10BFA8231CF0C6004** | **FLV** | **$24,000.00** |
| 47.114 | **Trailer - 2012 Brenner**<br>**VIN 10BFA8233CF0C6246** | **FLV** | **$24,000.00** |
| 47.115 | **Trailer - 2013 Brenner**<br>**VIN 10BFA8239EF0C9798** | **FLV** | **$25,000.00** |
| 47.116 | **Trailer - 2015 Brenner**<br>**VIN 10BFA8233FLP10224** | **FLV** | **$32,500.00** |
| 47.117 | **Pickup Truck - 2012 Chevy Silvarado**<br>**VIN 1GB5CZCG6CZ220614** | **FLV** | **$4,000.00** |
| 47.118 | **Pickup Truck - 2012 Ford F250**<br>**VIN 1FT7W2BT2CEC76185** | **FLV** | **$12,500.00** |
| 47.119 | **Pickup Truck - 2010 Toyota Tundra**<br>**VIN 5TFDW51F13AX149041** | **FLV** | **$7,500.00** |
| 47.120 | **Pickup Truck - 2013 Toyota Tundra**<br>**VIN 5YFUW5F10DX285308** | **FLV** | **$10,000.00** |
| 47.121 | **Pickup Truck - 2013 Toyota Tundra**<br>**VIN 5TFUW5F1XDX285154** | **FLV** | **$10,000.00** |
| 47.122 | **Pickup Truck - 2013 Chevy Slivarado**<br>**VIN 1GB2CVCG4DZ209530** | **FLV** | **$5,000.00** |

Debtor **Permian Crude Transport, LP**          Case number (if known) __19-32071__
　　　　　Name

| | | | |
|---|---|---|---|
| 47.123 | **Pickup Truck - 2013 Ford F350**<br>VIN 1FT8W3BT5DEA55353 | FLV | $20,000.00 |
| 47.124 | **Pickup Truck - 2012 Ford F150**<br>VIN 1FTFWICTXCFC56572 | FLV | $9,000.00 |
| 47.125 | **Pickup Truck - 2013 Ford Expedition**<br>VIN 1FMUK1H57DEF20155 | FLV | $12,500.00 |
| 47.126 | **Pickup Truck - 2014 Toyota Tundra**<br>VIN 5TFDW5F12EX386187 | FLV | $15,000.00 |
| 47.127 | **Pickup Truck - 2015 Chevy Silverado**<br>VIN 1GB4CYCG0FF542385 | FLV | $17,000.00 |
| 47.128 | **Pickup Truck - 2015 Dodge Ram 3500**<br>VIN 3C63RRGL4FG618750 | FLV | $24,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                $3,587,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

### Part 9:　Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Permian Crude Transport, LP**                  Case number (if known)   __19-32071__
        Name

## Part 10:   Intangibles and Intellectual Property

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.**   **Patents, copyrights, trademarks, and trade secrets**

**61.**   **Internet domain names and websites**

**62.**   **Licenses, franchises, and royalties**

**63.**   **Customer lists, mailing lists, or other compilations**

**64.**   **Other intangibles, or intellectual property**

**65.**   **Goodwill**

**66.**   **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:   All other assets

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**71.**   **Notes receivable**

Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | **Permian Crude Transport, LP** | Case number (if known) | **19-32071** |
|---|---|---|---|
| | Name | | |

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $464.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,587,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $3,587,464.05 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................

| | $3,587,464.05 |
|---|---|

**Fill in this information to identify the case:**

Debtor name     **Permian Crude Transport, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)      **19-32071**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.   List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

Creditor's name
**Big Shoulders Capital, LLC**

Creditor's mailing address
**105 Revere Drive, Suite D**

**Northbrook           IL      60062**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is
subject to a lien
**Tractor - 2012 Mack GU813 Truck VIN 1M2AX18Y9CM017**

Describe the lien
**Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | Unknown | $227,500.00 |
| --- | --- | --- |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                         **$0.00**

Debtor **Permian Crude Transport, LP**      Case number (if known) **19-32071**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

Creditor's name
**Community National Bank**

Creditor's mailing address
**401 Texas Avenue**

_____

**Midland          TX    79701**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Trailer - 2013 Stephens VIN 1S9AB15B7DH474315**

Describe the lien
**Agreement**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

                             Unknown         **$500,000.00**

**2.3**

Creditor's name
**Frost Bank**

Creditor's mailing address
**100 West Houston Street**

_____

**San Antonio          TX    78205**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Tractor - 2016 Kenworth T800  VIN 3WKDD79X8GF49822**

Describe the lien
**Agreement**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

                             Unknown         **$795,000.00**

**Capital lease**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Permian Crude Transport, LP** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-32071** |

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $303,827.84 | $303,827.84 |

**New Mexico Taxation & Revenue**

**1100 South St. Francis Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Santa Fe          NM     87504**

**Basis for the claim:**
**Taxes**

Date or dates debt was incurred
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __**8**__ )

Debtor    **Permian Crude Transport, LP**                                    Case number (if known)  **19-32071**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                           **Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$600.00** |
|---------|------------------------------------------------------|---------------------------------------------------|-------------|

**Atlas Petroleum Markets, LLC**

**4203 Montrose Blvd., Suite 650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Arrearage**

**Houston                  TX       77006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$65,092.73** |
|---------|------------------------------------------------------|---------------------------------------------------|----------------|

**Blueknight Energy Partners**

**201 NW 10th, Suite 200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Arrearage**

**Oklahoma City            OK       73103**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,325,508.00** |
|---------|------------------------------------------------------|---------------------------------------------------|-------------------|

**BP Products North America, Inc.**

**30 Wacker Drive**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Arrearage**

**Chicago                   IL       60606**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$56,232.50** |
|---------|------------------------------------------------------|---------------------------------------------------|----------------|

**Clark Hill Strasburger**

**901 Main Street, Suite 6000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Arrearage**

**Dallas                    TX       75202**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **Permian Crude Transport, LP**        Case number (if known) **19-32071**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**JEG Holdings, LLC**

**15851 Dallas Parkway, Suite 650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,500.00**

**Addison**      **TX**    **75001**

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Jupiter Transport, LLC**

**15851 Dallas Parkway, Suite 650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$918,621.17**

**Addison**      **TX**    **75001**

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**JupiterMLP, LLC**

**15851 Dallas Parkway, Suite 650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,459,748.53**

**Addison**      **TX**    **75001**

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Link Crude Resources, LLC**

**306 Brooks St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,020.00**

**Sugarland**      **TX**    **77478**

Basis for the claim:
**Arrearage**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

Debtor **Permian Crude Transport, LP**          Case number (if known) **19-32071**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**Midstream Logistics, LLC**

**10777 Westheimer Rd. #575**

**Houston                    TX      77042**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Arrearage**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,726.03**

---

**3.10** Nonpriority creditor's name and mailing address

**Plains Pipeline, LP**

**333 Clay Street**

**Houston                    TX      77002**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Arrearage**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,089.15**

---

**3.11** Nonpriority creditor's name and mailing address

**Royal Bank of Canada**

**1211 Avenue of the Americas**

**Suite 2903**

**New York                    NY      10036**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,364,548.02**

---

**3.12** Nonpriority creditor's name and mailing address

**Shields Legal Group, PC**

**16301 Quorum Drive, Suite 250B**

**Addison                    TX      75001**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Arrearage**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,608.73**

---

Debtor   **Permian Crude Transport, LP**_____   Case number (if known) **19-32071**_____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$5,043,435.16** |
|---|---|---|---|---|

**Sunoco Partners**

**Marketing & Terminals, L.P.**

**1300 Main Street**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Houston** | **TX** | **77002** |
|---|---|---|

Basis for the claim:

**Arrearage**_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

Debtor    **Permian Crude Transport, LP**      Case number (if known)   **19-32071**

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **City of Dallas**    Line _____    __ __ __ __

**Dallas City Secretary's Office**

☑ Not listed. Explain:

**1500 Marilla Street, Suite 5DS**    **Notice Only**

**Dallas**    **TX**    **75201**

**4.2**   **Internal Revenue Service**    Line _____    __ __ __ __

**Special Procedures-Insolvency**

☑ Not listed. Explain:

**P.O. Box 7346**    **Notice Only**

**Philadelphia**    **PA**    **19101-7346**

**4.3**   **Texas Attorney General's Office**    Line _____    __ __ __ __

**Bankruptcy-Collections Division**

☑ Not listed. Explain:

**P.O. Box 12548**    **Notice Only**

**Austin**    **TX**    **78711-2548**

**4.4**   **Texas Comptroller of Public Accounts**    Line _____    __ __ __ __

**Revenue Accounting Division**

☑ Not listed. Explain:

**Bankruptcy Section**

**P.O. Box 13528**    **Notice Only**

**Austin**    **TX**    **78711**

**4.5**   **Texas Workforce Commission**    Line _____    __ __ __ __

**TEC Building - Bankruptcy**

☑ Not listed. Explain:

**101 East 15th Street**    **Notice Only**

**Austin**    **TX**    **78778**

**4.6**   **United States Trustee**    Line _____    __ __ __ __

**1100 Commerce Street, Room 976**

☑ Not listed. Explain:

**Notice Only**

**Dallas**    **TX**    **75242-1699**

Debtor __**Permian Crude Transport, LP**__ Case number (if known) __**19-32071**__

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$303,827.84** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$12,306,730.02** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$12,610,557.86** |

**Fill in this information to identify the case:**

Debtor name **Permian Crude Transport, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **19-32071** Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany equipment lease | Equipment Lease Agreement<br>Jupiter Transport, LLC<br>15851 Dallas Parkway, Suite 650 |
| | State the term remaining | January 1, 2028 | |
| | List the contract number of any government contract | | Addison        TX        75001 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Three party Lease Assignment whereby Jupiter Transport, LLC assigns to Meridian Equipment Leaasing, LLC all of its rights and oblications under the Lease Agreement with the Debtor | Lease Assigment<br>Meridian Equipment Leasing LLC<br>9300 John Hickman Parkway, Suite 304 |
| | State the term remaining | January 1, 2028 | Frisco        TX        75035 |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Capital lease of trucks | Master Lease Agreement of Sale<br>Frost Bank<br>c/o Frost Leasing<br>100 W. Houston Street |
| | State the term remaining | February 22, 2021 | |
| | List the contract number of any government contract | | San Antonio        TX        78205 |

**Fill in this information to identify the case:**

Debtor name   **Permian Crude Transport, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-32071**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **Jupiter Equipment Leasing, LLC** | **15851 Dallas Parkway, Suite 650**<br>Number      Street<br><br>**Dallas**          **TX**   **75001**<br>City              State   ZIP Code | **Big Shoulders Capital, LLC** | ☒ D<br>☐ E/F<br>☐ G |
| 2.2  **Jupiter Transport, LLC** | **15851 Dallas Parkway, Suite 650**<br>Number      Street<br><br>**Dallas**          **TX**   **75001**<br>City              State   ZIP Code | **Big Shoulders Capital, LLC** | ☒ D<br>☐ E/F<br>☐ G |
| 2.3  **Remuda Energy Transportation, LLC** | **15851 Dallas Parkway, Suite 650**<br>Number      Street<br><br>**Dallas**          **TX**   **75001**<br>City              State   ZIP Code | **Big Shoulders Capital, LLC** | ☒ D<br>☐ E/F<br>☐ G |