**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 19-32071 SWE Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | 341(a) Meeting Date: | 07/24/19 |
| For Period Ending: 06/30/22 | (4th reporting period for this case) | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHASE BANK CHECKING ACCOUNT<br>* DEMAND MADE FOR TURNOVER | 464.05 | 464.05 | | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE<br>$251,202.00 OVER 90 DAYS OLD AND UNCOLLECTIBLE. | 0.00 | 0.00 | | 2,177.67 | FA |
| 3. TRACTOR - 2013 KENWORTH T800<br>VIN 1XKDD79X1DJ362700 | 32,500.00 | 32,500.00 | | 0.00 | FA |
| 4. TRACTOR - 2013 KENWORTH T800<br>VIN 1XKDD79X3DJ362701 | 32,500.00 | 32,500.00 | | 0.00 | FA |
| 5. TRACTOR - 2013 KENWORTH T800<br>VIN 1XKDD79X5DJ362702 | 32,500.00 | 32,500.00 | | 0.00 | FA |
| 6. TRACTOR - 2013 KENWORTH T800<br>VIN 1XKDD79X9DJ362704 | 32,500.00 | 32,500.00 | | 0.00 | FA |
| 7. TRACTOR - 2013 KENWORTH T800<br>VIN 1XKDD79X0DJ362705 | 32,500.00 | 32,500.00 | | 0.00 | FA |
| 8. 2014 KENWORTH T800<br>VIN 1XKDD79X1EJ390028 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 9. 2014 KENWORTH T800<br>VIN 1XKDD79XXEJ390030 | 45,000.00 | 45,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-32071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | | | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | | | 341(a) Meeting Date: | 07/24/19 |
| | | | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. 2014 KENWORTH T800 VIN 1XKDD79X3EJ390029 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 11. 2014 KENWORTH T800 VIN 1XKDD79X1EJ390031 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 12. 2014 KENWORTH T800 VIN 1XKDD79X8EJ391371 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 13. 2014 KENWORTH T800 VIN 1XKDD79X2EJ391379 | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 14. 2014 KENWORTH T800 VIN 1XKDD79X2EJ391382 | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 15. 2014 KENWORTH T800 VIN 1XKDD79X0EJ391378 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 16. 2014 KENWORTH T800 VIN 1XKDD79X73J391376 | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 17. 2014 KENWORTH T800 VIN 1XKDD79X4EJ391383 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 18. 2014 KENWORTH T800 | 37,500.00 | 37,500.00 | | 0.00 | FA |

LFORM1                                                                                                                  Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 19-32071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | | | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | | | 341(a) Meeting Date: | 07/24/19 |
| | | | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN 1XKDD79X9EJ391377 | | | | | |
| 19. 2014 KENWORTH T800 VIN1XKDD79X0EJ391381 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 20. 2014 KENWORTH T800 VIN 1XKDD79X6EJ391384 | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 21. 2016 KENWORTH T800 VIN 3WKDD79X8GF498220 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 22. 2016 KENWORTH T800 VIN 3WKDD79XXGF498221 | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 23. 2016 KENWORTH T800 VIN 3WKDD79X1GF498222 LIEN OF FROST BANK. VALUE OF COLLATERAL $795,000.00. AMOUNT OF CLAIM UNKNOWN. | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 24. 2016 KENWORTH T800 VIN 3WKDD79X3GF498223 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 25. 2016 KENWORTH T800 VIN 3WKDD79X7GF498225 | 55,000.00 | 55,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| Case No: | 19-32071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | | | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | | | 341(a) Meeting Date: | 07/24/19 |
| | | | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. 2016 KENWORTH T800 VIN 3WKDD79X7GF498226 | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 27. 2016 KENWORTH T800 VIN 3WKDD79X7GF498227 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 28. 2016 KENWORTH T800 VIN 3WKDD79X7GF498228 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 29. 2016 KENWORTH T800 VIN 3WKDD79X7GF498229 | 52,500.00 | 52,500.00 | | 0.00 | FA |
| 30. 2016 KENWORTH T800 VIN 3WKDD79X7GF498230 | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 31. 2016 KENWORTH T800 VIN 3WKDD79X2GF498231 | 52,500.00 | 52,500.00 | | 0.00 | FA |
| 32. 2016 KENWORTH T800 VIN 3WKDD79X4GF498232 | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 33. 2014 KENWORTH T800 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 34. 2016 KENWORTH T800 VIN 3WKDD79X6GF498233 | 55,000.00 | 55,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| Case No: | 19-32071 SWE Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | 341(a) Meeting Date: | 07/24/19 |
| | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35. 2016 KENWORTH T800  VIN 3WKDD79X8GF498234 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 36. 2016 KENWORTH T800  VIN 1XKWD49X6CDJ365325 | 32,500.00 | 32,500.00 | | 0.00 | FA |
| 37. 2016 KENWORTH T800  VIN 1XKDD49XXFJ437928 | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 38. 2012 MACK GU813 TRUCK  VIN 1M2AX18Y9CM017646  *LIEN OF BIG SHOULDER CAPITAL, LLC - VALUE OF COLLATERAL $227,500.00. AMOUNT OF CLAIM UNKNOWN. | 25,000.00 | 25,000.00 | | 21,431.82 | FA |
| 39. TRAILER - 2008 HEIL  VIN 5HTDL452785G22652 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 40. TRAILER - 2008 HEIL  VIN5HTDL45208G22654 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 41. TRAILER - 2008 HEIL  VIN 5HTDL452285G22655 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 42. TRAILER - 2008 HEIL  VIN 5HTDL452485G22656 | 18,500.00 | 18,500.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6

| Case No: | 19-32071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | | | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | | | 341(a) Meeting Date: | 07/24/19 |
| | | | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 43. TRAILER - 2008 HEIL  VIN 5HTDL452X85G22659 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 44. TRAILER - 2008 HEIL  VIN 5HTDL452885G22658 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 45. TRAILER - 2008 HEIL  VIN 5HTDL452685G22657 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 46. TRAILER - 2008 HEIL  VIN 5HTDL452685G22660 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 47. TRAILER - 2008 HEIL  VIN 5HTDL452885G22661 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 48. TRAILER - 2008 HEIL  VIN 5HTDL452X85G23066 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 49. TRAILER - 2008 HEIL  VIN 5HTDL452185G23067 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 50. TRAILER - 2008 HEIL  VIN 5HTDL452195G23068 | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 51. TRAILER - 2008 HEIL | 18,500.00 | 18,500.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 7

Case No:      19-32071      SWE   Judge: SCOTT W. EVERETT          Trustee Name:        DANIEL J. SHERMAN, TRUSTEE
Case Name:    PERMIAN CRUDE TRANSPORT, LP                          Date Filed (f) or Converted (c):  06/24/19 (f)
                                                                   341(a) Meeting Date:  07/24/19
                                                                   Claims Bar Date:     12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN 5HTDL452395G23069 | | | | | |
| 52. TRAILER - 2009 HEIL<br>VIN 5HTDL452295G23144 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 53. TRAILER - 2009 HEIL<br>VIN 5HTDL452495G23145 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 54. TRAILER - 2009 HEIL<br>VIN 5HTDL452195G23149 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 55. TRAILER - 2009 HEIL<br>VIN 5HTDL452895G23150 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 56. TRAILER - 2009 HEIL<br>VIN 5HTDL452X95G23151 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 57. TRAILER - 2009 HEIL<br>VIN 5HTDL452195G23152 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 58. TRAILER - 2009 HEIL<br>VIN 5HTDL452395G23153 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 59. TRAILER - 2009 HEIL<br>VIN 5HTDL452595G23154 | 19,000.00 | 19,000.00 | | 0.00 | FA |

LFORM1                                                                                                              Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 19-32071 SWE Judge: SCOTT W. EVERETT  
Case Name: PERMIAN CRUDE TRANSPORT, LP

Trustee Name: DANIEL J. SHERMAN, TRUSTEE  
Date Filed (f) or Converted (c): 06/24/19 (f)  
341(a) Meeting Date: 07/24/19  
Claims Bar Date: 12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 60. TRAILER - 2009 HEIL  VIN 5HTDL452795G23155 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 61. TRAILER - 2009 HEIL  VIN 5HTDL452995G23156 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 62. TRAILER - 2009 HEIL  VIN 5HTDL452095G23160 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 63. TRAILER - 2009 HEIL  VIN 5HTDL452395G23198 | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 64. TRAILER - 2012 STEPHENS  VIN 1S9AB15B6CH474174 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 65. TRAILER - 2012 STEPHENS  VIN 1S9AB15B5CH474182 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 66. TRAILER - 2012 STEPHENS  VIN 1S9AB15BXCH474176 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 67. 2011 STEPHENS  VIN 1S9AB15B4CH474173 | 22,500.00 | 22,500.00 | | 0.00 | FA |
| 68. TRAILER - 2012 STEPHENS  VIN 1S9AB15B1CH474177 | 24,000.00 | 24,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 9

Case No: 19-32071 SWE Judge: SCOTT W. EVERETT
Case Name: PERMIAN CRUDE TRANSPORT, LP

Trustee Name: DANIEL J. SHERMAN, TRUSTEE
Date Filed (f) or Converted (c): 06/24/19 (f)
341(a) Meeting Date: 07/24/19
Claims Bar Date: 12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 69. TRAILER - 2012 STEPHENS  VIN 1S9AB15B3CH474178 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 70. TRAILER - 2012 STEPHENS  VIN 1S9AB15B5CH474179 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 71. TRAILER - 2012 STEPHENS  VIN 1S9AB15B3CH474181 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 72. TRAILER - 2012 STEPHENS  VIN1S9AB15B1CH474180 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 73. TRAILER - 2012 DRAGON  VIN 1UNST4423CS099973 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 74. TRAILER - 2012 DRAGON  VIN 1UNST4429CS099976 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 75. TRAILER - 2012 DRAGON  VIN 1UNST4427CS099975 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 76. TRAILER - 2013 STEPHENS  VIN 1S9AB15B4DH474305 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 77. TRAILER - 2013 STEPHENS | 25,000.00 | 25,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 10

Case No:   19-32071   SWE   Judge: SCOTT W. EVERETT
Case Name: PERMIAN CRUDE TRANSPORT, LP

Trustee Name:   DANIEL J. SHERMAN, TRUSTEE
Date Filed (f) or Converted (c): 06/24/19 (f)
341(a) Meeting Date: 07/24/19
Claims Bar Date: 12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN 1S9AB15B6DH474306 | | | | | |
| 78. TRAILER - 2013 STEPHENS VIN 1S9AB15BXDH474308 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 79. TRAILER - 2013 STEPHENS VIN 1S9AB15B8DH474307 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 80. TRAILER - 2013 STEPHENS VIN 1S9AB15BB1DH474309 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 81. TRAILER - 2013 STEPHENS VIN 1S9AB15BXDH474311 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 82. TRAILER - 2013 STEPHENS VIN 1S9AB15B8DH474310 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 83. TRAILER - 2013 STEPHENS VIN 1S9AB15B1DH474312 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 84. TRAILER - 2013 STEPHENS VIN 1S9AB15B3DH474313 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 85. TRAILER - 2013 STEPHENS VIN 1S9AB15B5DH474314 | 25,000.00 | 25,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 11

| Case No: | 19-32071 SWE   Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | 341(a) Meeting Date: | 07/24/19 |
| | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 86. TRAILER - 2013 STEPHENS VIN 1S9AB15B7DH474315  LIEN OF COMMUNITY NATIONAL BANK - COLLATERAL VALUE $500,000.00. LIEN UNKNOWN | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 87. TRAILER - 2013 STEPHENS VIN 1S9AB15B9DH474316 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 88. TRAILER - 2013 STEPHENS VIN 1S9AB15B0DH474317 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 89. TRAILER - 2013 STEPHENS VIN 1S9AB15B4DH474479 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 90. TRAILER - 2013 STEPHENS VIN 1S9AB15B0DH474480 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 91. TRAILER - 2013 STEPHENS VIN 1S9AB15B2DH474481 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 92. TRAILER - 2013 STEPHENS VIN 1S9AB15B4DH474482 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 93. TRAILER - 2013 STEPHENS VIN 1S9AB15B6DH474483 | 25,000.00 | 25,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 12

Case No:          19-32071     SWE    Judge: SCOTT W. EVERETT                Trustee Name:               DANIEL J. SHERMAN, TRUSTEE
Case Name:     PERMIAN CRUDE TRANSPORT, LP                                   Date Filed (f) or Converted (c):  06/24/19 (f)
                                                                             341(a) Meeting Date:         07/24/19
                                                                             Claims Bar Date:             12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 94. TRAILER - 2013 STEPHENS VIN 1S9AB15B8DH474484 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 95. TRAILER - 2013 STEPHENS VIN 1S9AB15BXDH474485 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 96. TRAILER - 2013 STEPHENS VIN 1S9AB15B1DH474486 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 97. TRAILER - 2013 STEPHENS VIN 1S9AB15B3DH474487 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 98. TRAILER - 2013 STEPHENS VIN 1S9AB15B5DH474488 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 99. TRAILER - 2013 STEPHENS VIN 1S9AB15B7DH474489 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 100. TRAILER - 2013 STEPHENS VIN 1S9AB15B3DH474490 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 101. TRAILER - 2013 STEPHENS VIN 1S9AB15B5DH474491 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 102. TRAILER - 2013 STEPHENS | 25,000.00 | 25,000.00 | | 0.00 | |

LFORM1                                                                                                                                  Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 13

Case No: 19-32071  SWE  Judge: SCOTT W. EVERETT  
Case Name: PERMIAN CRUDE TRANSPORT, LP

Trustee Name: DANIEL J. SHERMAN, TRUSTEE  
Date Filed (f) or Converted (c): 06/24/19 (f)  
341(a) Meeting Date: 07/24/19  
Claims Bar Date: 12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN 1S9AB15B7DH474492 | | | | | |
| 103. TRAILER - 2013 STEPHENS VIN 1S9AB15B9DH474493 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 104. TRAILER - 2013 STEPHENS VIN 1S9AB15B0DH474494 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 105. TRAILER - 2013 STEPHENS VIN 1S9AB15B2DH474495 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 106. TRAILER - 2014 CONICAL VIN 1S9AB15B4EH474015 | 27,500.00 | 27,500.00 | | 0.00 | FA |
| 107. TRAILER - 2014 CONICAL VIN 1S9AB15B6EH474016 | 27,500.00 | 27,500.00 | | 0.00 | FA |
| 108. TRAILER - 2014 CONICAL VIN 1S9AB15B8EH474017 | 27,500.00 | 27,500.00 | | 0.00 | FA |
| 109. TRAILER - 2012 DRAGON VIN 1UNST4420CS093497 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 110. TRAILER 2009 POLAR VIN 1PMA3432091032868 | 19,000.00 | 19,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 19-32071 SWE Judge: SCOTT W. EVERETT  Trustee Name: DANIEL J. SHERMAN, TRUSTEE
Case Name: PERMIAN CRUDE TRANSPORT, LP  Date Filed (f) or Converted (c): 06/24/19 (f)
341(a) Meeting Date: 07/24/19
Claims Bar Date: 12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 111. TRAILER - 2012 BRENNER VIN 10BFA823XCF0C5790 | 24,000.00 | 24,000.00 | | 8,625.00 | FA |
| 112. TRAILER 2013 BRENNER VIN 10BFA8233CF0C5792 | 25,000.00 | 25,000.00 | | 8,886.36 | FA |
| 113. TRAILER - 2012 BRENNER VIN 10BFA8235CF0C5793 | 24,000.00 | 24,000.00 | | 8,886.36 | FA |
| 114. TRAILER - 2012 BRENNER VIN 10BFA8234CF0C6000 | 24,000.00 | 24,000.00 | | 8,886.36 | FA |
| 115. TRIALER - 2012 BRENNER VIN 10BFA8231CF0C6004 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 116. TRAILER - 2012 BRENNER VIN 10BFA8233CF0C6246 | 24,000.00 | 24,000.00 | | 8,363.64 | FA |
| 117. TRAILER - 2013 BRENNER VIN 10BFA8239EF0C9798 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 118. TRAILER - 2015 BRENNER VIN 10BFA8233FLP10224 | 32,500.00 | 32,500.00 | | 9,931.82 | FA |
| 119. 2012 CHEVY SILVERADO PICKUP VIN 1GB5CZCG6CZ220614 | 4,000.00 | 4,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 15

Case No:        19-32071    SWE    Judge: SCOTT W. EVERETT  
Case Name:    PERMIAN CRUDE TRANSPORT, LP

Trustee Name:                     DANIEL J. SHERMAN, TRUSTEE  
Date Filed (f) or Converted (c):  06/24/19 (f)  
341(a) Meeting Date:              07/24/19  
Claims Bar Date:                  12/11/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 120. 2012 FORD F250 PICKUP  VIN 1FT7W2BT2CEC76185 | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 121. 2010 TOYOTA TUNDRA  VIN 5TFDW51F13AX149041 | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 122. 2013 TOYOTA TUNDRA  VIN 5YFUW5F10DX285308 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 123. 2013 TOYOTA TUNDRA  VIN 5TFUW5F1XDX285154 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 124. 2013 CHEVY SILVERADO PICKUP  VIN 1GB2CVCG4DZ209530 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 125. 2013 FORD F350 PICKUP  VIN 1FT8W3BT5DEA55353 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 126. 2012 FORD F150 PICKUP  VIN 1FTFWICTXCFC56572 | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 127. 2013 FORD EXPEDITION  VIN 1FMUK1H57DEF20155 | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 128. 2014 TOYOTA TUNDRA | 15,000.00 | 15,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-32071 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | | | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | | | 341(a) Meeting Date: | 07/24/19 |
| | | | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN 5TFDW5F12EX386187 | | | | | |
| 129. 2015 CHEVY SILVERADO PICKUP<br>VIN 1GB4CYCGOFF542385 | 17,000.00 | 17,000.00 | | 0.00 | FA |
| 130. 2015 DODGE RAM 3500 PICKUP<br>VIN 3C63RRGL4FG618750 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 131. CAUSE OF ACTION AGAINST THIRD PARTIES (u)<br>** AMENDED 07/23/2019<br>PERMIAN CRUDE TRANSPORT, LP v 02 LOGISTICS, LLC, KEVIN MARTIN AND DOES 1-10. NO. 19-02599 IN THE 116TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, TEXAS<br>NATURE OF CLAIM: DAMAGES, DECLARATORY & INJUNCTIVE RELIEF | 270,000.00 | 270,000.00 | | 0.00 | FA |
| 132. CAUSE OF ACTION AGAINST THIRD PARTIE (u)<br>*AMENDED 07/23/2019<br>LEGACY RESERVES OPERATING, LP, CASE NO. 19-33401 PENDING BEFORE THE U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS (JOINTLY ADMINISTERED UNDER CASE NO. 19-33395<br>NATURE OF CLAIM: CLAIM AGAINST CH 11 BANKRUPTCY ESTATE | Unknown | 1.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,857,464.05 | $3,857,465.05 | | $77,189.03 | $0.00 |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 17

| Case No: | 19-32071    SWE    Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PERMIAN CRUDE TRANSPORT, LP | Date Filed (f) or Converted (c): | 06/24/19 (f) |
| | | 341(a) Meeting Date: | 07/24/19 |
| | | Claims Bar Date: | 12/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLAIMS TO BE REVIEWED AND OBJECTIONS FILED, IF NECESSARY.    ACCOUNTANT EMPLOYED.    ESTIMATED DATE OF TFR IS 12/01/2022.

Initial Projected Date of Final Report (TFR): 07/01/20        Current Projected Date of Final Report (TFR): 12/01/22

LFORM1

Ver: 22.06b